Tuesday, March 31, 2015

No. 15–0451/NA.   U.S. v. Marc A. Seals.   CCA 201300367.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 20, 2015.